**Exhibit B**



| | | Invoice No. | **16719062023** |
|---|---|---|---|
| | | **SME Service LLC** | |
| | | 16192 Coastal Highway, Lewes, DE 19958 | |
| | | TELL.929.634.3550 | |

## CUSTOMER

## INVOICE

| Customer | SOLARJUICE AMERICAN INC | | | Date | 6/19/2023 |
|---|---|---|---|---|---|
| Address | 6950 PRESTON AVE | | | Order No. | |
| City | LIVERMORE | State CA | ZIP 94551 | Rep | |
| Phone | 916-622-5531 | | | Due | 6/19/2023 |

| Qty | Description | | Unit Price | TOTAL |
|---|---|---|---|---|
| 1 | **ERC Service Fee-2021-Q1** | $900,724.89 | $112,590.61 | $112,590.61 |
| 1 | **ERC Service Fee-2021-Q2** | $2,411,958.72 | $301,494.84 | $301,494.84 |
| | sub-total | $ 3,312,683.61 | | |
| | *Please remit before due date, thanks for your prompt attention!* | | | |
| | | | Amount Due | $414,085.45 |
| | | | Shipping & Handling | |
| | | | Tax State | |
| | | | **TOTAL** | **$414,085.45** |

## Please Use one of the following method to make payment:

Please indicate the invoice number above along with the payment

Please cover bank transfer service charge

**US ACH Payment:**

Bank of America, N.A

Name on Account: SME Service LLC



**Check Payment:**

**Wire Transfer:**

Please e-mail notification of payment to info@SMEserviceLLC.com