**Exhibit C**



| | | Invoice No. | **16719062023** |
|---|---|---|---|
| | | | SME Service LLC |
| | | | 16192 Coastal Highway, Lewes, DE 19958 |

## CUSTOMER

## *INVOICE*

| | | | | | |
|---|---|---|---|---|---|
| **Customer** | SOLARJUICE AMERICAN INC | | | **Date** | 2024/8/19 |
| **Address** | 6764 PRESTON AVE, STE A | | | **Order No.** | |
| **City** | LIVERMORE | State CA | ZIP 94551 | **Rep** | |
| **Phone** | 916-622-5531 | | | **Due** | 2024/8/19 |

| Qty | Description | | Unit Price | TOTAL |
|---|---|---|---|---|
| 1 | **ERC Service Fee-2021-Q1** | $900,724.89 | $112,590.61 | $112,590.61 |
| 1 | **ERC Service Fee-2021-Q2** | $2,411,958.72 | $301,494.84 | $301,494.84 |
| | Late Payment & Total Interest | | $248,451.27 | **$248,451.27** |
| | Interest at 5% per month  8/19/2023-8/19/2024  total 12 month | | | |
| | sub-total | $ 3,312,683.61 | | |

*Please remit before due date, thanks for your prompt attention!*

| | |
|---|---|
| Amount Due | **$662,536.72** |
| Shipping & Handling | |
| Tax State | |
| **TOTAL** | **$662,536.72** |

**Please Use one of the following method to make payment:**

Please indicate the invoice number above along with the payment

Please cover bank transfer service charge

**US ACH Payment:**

CITIZENS BANK, N.A

Name on Account: SME Service LLC

███████████████

███████████████

**Check Payment:**

██████████████████████████

█████████

███████████████

████████

██████████

**Wire Transfer:**

███████████████

████████████████

█████████████

███████████████

████ ████ ████████

████████████████

████████████

Please e-mail notification of payment to info@SMEserviceLLC.com