## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of California

Case Number: 3:25-CV-06209 PHK

Plaintiff:
**SME SERVICE LLC**

vs.

Defendant:
**SOLARJUICE AMERICAN INC**

For:
MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Received these papers on the 20th day of August, 2025 at 10:05 am to be served on **SOLARJUICE AMERICAN INC**, c/o Corporate Creations Network, Inc, 1521 Concord Pike, Suite 201, Wilmington, DE 19803.

I, Sharlene Brooks, do hereby affirm that on the **21st day of August, 2025** at 2:40 pm, I:

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Naja Hubert** as **Registered Agent** at the address of: **c/o Corporate Creations Network, Inc, 1521 Concord Pike, Suite 201, Wilmington, DE 19803** on behalf of **SOLARJUICE AMERICAN INC**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 34, Sex: F, Race/Skin Color: African Americ, Height: 5'8, Weight: 180, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct. This document was executed on the date endorsed below.

Sharlene Brooks

8/21/2025
**Date**

Our Job Serial Number: DPR-2025001467

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V3.0d

