MAZZOLA LINDSTROM LLP
Aimée Scala (SBN 302944)
2121 Avenue of the Stars, Suite 800
Los Angeles, California 90067
Tel: (323) 208-9774
Email: aimee@mazzolalindstrom.com
*Attorneys for SME Service LLC, Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SME SERVICE LLC,<br><br>     *Plaintiff,*<br><br>  v.<br><br>SOLARJUICE AMERICAN INC.,<br><br>     *Defendant*. | Civil Action No.: 3:25-cv-06209<br><br>**Certification in Support of**<br>**Request for Entry of Default** |

I, Aimée Scala, an attorney duly admitted to practice before this Court, hereby certify as follows:

1. This certification is made in support of the plaintiff SME Service LLC's request for entry of a default against the defendant SolarJuice American Inc. in this action.

2. I am the attorney for the plaintiff and have personal knowledge of the following facts.

3. This action was commenced on July 23, 2025 by the filing of a summons and complaint.

4. On July 25, 2025, a copy of the e-filed summons and complaint, along with a waiver of service, was emailed to defendant to the following email addresses:

judy.wu@spigroups.com; paul.zhai@spigroups.com; denton.peng@spigroups.com

1

Certification in Support of Request for Entry of Default

5. On August 1, 2025, after following up with defendant via email to the above email addresses regarding defendant's waiver of service and not receiving any response, the summons and complaint were therefore put out for service of process through a professional process server. The defendant was informed about this via email.

6. Attempts were made at both business addresses of the defendant in California, but the service was not successful.

7. Defendant was successfully served with the summons and complaint by personal service on August 21, 2025, via Naja Hubert, as registered agent for service of process at the address of 1521 Concord Pike, Suite 201, Wilmington, Delaware 19803 on behalf of SolarJuice American Inc., and informed said person of the contents therein, in compliance with state statutes, as shown by the proof of service that was filed with this Court on September 12, 2025. (See ECF 9).

5. As of October 8, 2025, Defendant has neither appeared in this action nor filed an answer, motion, or any other responsive pleading, and no extension has been granted or requested that would render a response timely.

6. As defendant was properly served, and more than thirty days have elapsed since the summons and complaint were served, with the defendant having failed to answer, or otherwise defend this action as provided by the Federal Rules of Civil Procedure, defendant is therefore now in default.

7. Plaintiff respectfully requests that the Clerk of the Court enter Default against defendant.

2

Certification in Support of Request for Entry of Default

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing statements are true.

Dated: Los Angeles, California
       October 8, 2025

**MAZZOLA LINDSTROM LLP**

By:  _Aimée Scala_
     Aimée Scala, State Bar #: 302944

2121 Avenue of the Stars, Suite 800
Los Angeles, CA  90067
Tel: 310 694 8525
Email:aimee@mazzolalindstrom.com
*Attorneys for SME Service LLC, Plaintiff*

3
Certification in Support of Request for Entry of Default