**MAZZOLA LINDSTROM LLP**
Aimee Scala (SBN 302944)
aimee@mazzolalindstrom.com
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: (323) 208-9774

*Attorneys for Plaintiff SME Service LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SME SERVICE LLC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SOLARJUICE AMERICAN INC.,<br><br>*Defendant.* | Case No.  3:25-cv-06209-PHK<br><br>[Assigned to the Hon. Peter H. Kang]<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: July 23, 2025<br>Trial Date: None |

PROOF OF SERVICE

**MAZZOLA LINDSTROM**LLP
2121 Avenue of the Stars, Suite 800, Los Angeles, CA 90067
mazzolalindstrom.com

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am over the age of eighteen and not a party to this action. I am employed in the County of Los Angeles, California. My business address is 2121 Avenue of the Stars, Suite 800, Los Angeles, California 90067.

On January 27, 2026, I served true copies of the following documents entitled:

1. **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT; MEMORANDUM OF POINTS AND AUTHORITIES;**
2. **DECLARATION OF AIMÉE SCALA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT;**
3. **DECLARATION OF SUSANNA SHAO IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; and**
4. **[PROPOSED] ORDER -DEFAULT JUDGMENT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| SolarJuice American Inc.<br>c/o Corporate Creations Network Inc.<br>1521 Concord Pike, Suite 201,<br>Wilmington, DE 19803<br><br>SolarJuice American Inc.<br>6950 Preston Avenue,<br>Livermore, CA 95551<br><br>SolarJuice American Inc.<br>c/o July Wu<br>4803 Urbani Avenue,<br> McClellan Park, CA 95652<br><br>SolarJuice American Inc.<br>6764 Preston Avenue, Suite A<br>Livermore, CA 94551 | *Defendant*<br>SOLARJUICE AMERICAN INC. |

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the service list and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Mazzola Lindstrom LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

PROOF OF SERVICE

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct,

Executed on January 28, 2026, at Los Angeles, California.

_____/s/ Marianna Parsali_____

Marianna Parsali