**MAZZOLA LINDSTROM LLP**
Aimée Scala (SBN 302944)
aimee@mazzolalindstrom.com
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: (323) 208-9774

*Attorneys for Plaintiff SME Service LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SME SERVICE LLC., | Case No.  3:25-cv-06209-PHK |
| | [Assigned to the Hon. Peter H. Kang] |
| *Plaintiff,* | |
| v. | **NOTICE OF LODGING** |
| | |
| SOLARJUICE AMERICAN INC., | Complaint Filed: July 23, 2025 |
| | Trial Date: None |
| *Defendant.* | |

**PLEASE TAKE NOTICE** that Plaintiff SME Service LLC ("Plaintiff") hereby lodges the attached Declaration of Susanna Shao, Declaration of Yuan (Alex) Ye, Declaration of Aimée Scala, and Plaintiff's supplemental memorandum of law in support of enforcement of contractual interest rate. Plaintiff also attaches to this notice its [Proposed] Judgment.

Dated: May 4, 2026

**MAZZOLA LINDSTROM LLP**

By: *Aimée Scala*

Aimée Scala (SBN 302944)
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: (323) 208-9774
Email: aimee@mazzolalindstrom.com

*Attorneys for SME Service LLC, Plaintiff*
