# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SME SERVICE LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SOLARJUICE AMERICAN INC.,<br><br>*Defendant*. | CM/ECF<br><br>Civil Action No. 3:25-cv-06209-PHK<br><br>**[PROPOSED] JUDGMENT**<br><br>Complaint Filed: July 23, 2025<br>Trial Date: None |

**[PROPOSED] JUDGMENT**

Pursuant to plaintiff SME Service LLC's Motion Default Judgment, and pursuant to Federal Rule of Civil Procedure Rule 55(b)(2), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of SME Service LLC, and against defendant SolarJuice American Inc., as follows:

(a) compensatory damages in the amount owed of $414,085.45;

(b) attorneys' fees totaling $95,500.00, or such amount as may be deemed reasonable by the court;

(c) costs and disbursements totaling $1,423.75;

(d) prejudgment interest at the agreed-upon contractual rate of 5% compounded per month on the principal $414,085.45, measured from the date of default, June 19, 2023, in the amount of at least $921,381.51; and

(e) applicable statutory post-judgment interest.

2. The Clerk is ordered to enter this Judgment forthwith.


Dated: _____, 2026


_____
Honorable Judge of the U.S. District Court